

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcelino Sanchez Martinez <br><br> Petitioner <br><br> v. <br><br> Immigration and Customs Enforcement; F. Lawrence, Warden <br><br> Respondents | Civil Action No. 15-cv-00962-AJB-NLS <br><br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That the Court dismisses the petition for writ of habeas corpus as moot.

Date: 6/8/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ L. Fincher
L. Fincher, Deputy